UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN MAHER,<br><br>        Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP;<br>and DOE 1-5<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:13− cv −02059<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SETTLEMENT**

    **NOTICE IS HEREBY GIVEN** that plaintiff Steven Maher and defendant GC Services Limited Partnership have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by March 28, 2014, at which time Plaintiff expects to file a dismissal.


Date: February 26, 2014          s/ Robert Amador
                                                           ROBERT AMADOR, ESQ.
                                                           Attorney for Plaintiff STEVEN MAHER
                                                           Centennial Law Offices
                                                           9452 Telephone Rd. 156
                                                           Ventura, CA. 93004
                                                           (888)308-1119 ext. 11
                                                           R.Amador@centenniallawoffices.com

## **CERTIFICATE OF SERVICE**

I certify that on February 26, 2014, I electronically filed the foregoing through the Court's CM/ECF system, which will send notification of such filings to the following:

Kandy E. Messenger
2211 Norfolk, Suite 1150
Houston, TX, 77098
Attorney for Defendant

                                          s/ Robert Amador
                                          ROBERT AMADOR, ESQ.
                                          Attorney for Plaintiff STEVEN MAHER
                                          Centennial Law Offices
                                          9452 Telephone Rd. 156
                                          Ventura, CA. 93004
                                          (888)308-1119 ext. 11
                                          R.Amador@centenniallawoffices.com