UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN MAHER, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:13-CV-2059 |
| GC SERVICES LIMITED PARTNERSHIP and DOE 1-5, | § § § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In accordance with the Stipulation to Dismiss Entire Action filed on May 12, 2014 (docket entry no. 28), this action is DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

**SIGNED** on this 12th day of May, 2014, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**